UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Janell Lynn Khamvongsa,<br>Plaintiff<br>v.<br>Fleetcor Technologies, et al.,<br>Defendants | Case No. 2:25-cv-01743-CDS-MDC<br>**Order Accepting Magistrate Judge's Report and Recommendation**<br>[ECF No. 8] |

Pro se plaintiff Janell Khamvongsa commenced this action by filing a complaint along with an application to proceed *in forma pauperis* (IFP). ECF Nos. 1, 1-1. In October 2025, U.S. Magistrate Judge Maximiliano D. Couvillier denied Khamvongsa's IFP application because it lacked the information necessary to determine whether she qualified for pauperis status. ECF No. 4. So, Khamvongsa was ordered to file either a long form IFP application or pay the full filing fee. *Id.* at 3.

Khamvongsa timely responded by filing another IFP application. ECF No. 5. The application, however, was denied because she failed to sign it or otherwise comply with Judge Couvillier's order. ECF No. 7. Khamvongsa was again directed to file either a complete long-form IFP application or pay the filing fee for a civil action. *Id.* at 4. When issuing the order, Judge Couvillier warned Khamvongsa that failure to do so by March 16, 2026, would result in a recommendation that her action be dismissed. *Id.* Khamvongsa failed to comply by the deadline, and, to date, has filed nothing further. After considering the *In re Phenylpropanolamine Products Liability Litigation* factors to determine whether dismissal is appropriate,[1] Judge Couvillier issued

[1] Those factors are: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions. 460 F.3d 1217, 1226 (9th Cir. 2006).

a report and recommendation (R&R) for dismissal because Khamvongsa failed to comply with the court's orders and appears to have abandoned this case. R&R, ECF No. 8.

Under Local Rule IB 3-2(a) and 28 U.S.C. § 636(b)(1)(C), Khamvongsa had fourteen days—until October 13, 2026[2]—to file any specific, written objections to the R&R. *Id.* at 4. The deadline passed without Khamvongsa filing any objection to the R&R or requesting more time to do so—likely because Khamvongsa's copy of the R&R was returned as undeliverable.[3] ECF No. 9.

Although de novo review is not required unless objections are filed, I nonetheless make an independent review here to determine whether to adopt the R&R. Given Khamvongsa's failure to comply with the court's orders and her apparent abandonment of this case, Judge Couvillier considered the dismissal factors discussed in *In re Phenylpropanolamine Products Liability Litigation* and found they weigh in favor of dismissal. ECF No. 8 at 2–3. I agree with Judge Couvillier's reasoning when assessing those factors and I agree with his recommendation to dismiss this action. Notably, the factor on whether there is a less drastic sanction to dismissal. Because Khamvongsa has failed to update her address, issuing another order is not a meaningful alternative. *See Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) ("An order to show cause why dismissal was not warranted or an order imposing sanctions would only find itself taking a round-trip tour through the United States mail."). So I agree that no lesser sanctions are available because the court cannot contact Khamvongsa to communicate or implement any alternative measures. I therefore adopt the magistrate judge's findings and accept the R&R in full.

---

[2] October 12, 2026, was a federal holiday.

[3] Khamvongsa has therefore also failed to notify the court of her current address, a violation of Local Rule IA 3-1 (requiring that a "pro se party must immediately file with the court written notification of any change of mailing address").

**Conclusion**

IT IS HEREBY ORDERED that the magistrate judge's report and recommendation **[ECF No. 8] is accepted and adopted in its entirety**. This case is dismissed without prejudice.

The Clerk of Court is kindly directed to close this case.

Dated: October 26, 2026

_________________________________
Cristina D. Silva
United States District Judge